JOHN TRABISCO, Respondent, v. THE CITY OF NEW YORK and STATEN ISLAND EDISON COMPANY, Appellants. EDWARD J. SEUBERTH, as Administrator of HARRY F. SEUBERTH, Deceased, PETER LUCIANO, ANTHONY LUCIANO, RALPH LIPPA, and BENNY WALINKO, as Administrator, etc., of STELLA WALINKO, Deceased, Respondents, v. THE CITY OF NEW YORK and STATEN ISLAND EDISON COMPANY, Appellants. (Consolidated Action.) — Action for damages for personal injuries suffered by five plaintiffs, and for damages for wrongful death of the decedent of one plaintiff, as a consequence of the collision of an automobile, in which the decedent and the five plaintiffs were passengers, with a pole erected and maintained by defendant Staten Island Edison Company near the paved and traveled portion of a part of Forest Hill Road, Staten Island; and also against the defendant City of New York by reason of the claimed maintenance by it of a dangerous road condition in relation to said pole. Judgment for the plaintiffs reversed on the facts and a new trial granted, with costs to abide the event. The verdicts are against the weight of credible evidence in so far as they rest upon a finding that the automobile in which the plaintiffs were riding was forced off the road by an on-coming car traveling in a direction opposite to the plaintiffs' car. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

MARY A. WHITE, Respondent, v. PETER J. WHITE, Appellant.— Resettled order dated October 28, 1939, granting plaintiff's motion to adjudge defendant in contempt of court for failure to make certain alimony payments, reversed on the law and the facts, without costs, and motion denied, without costs. Under the undisputed facts herein, this order was granted as the result of the improper exercise of the court's discretion. Appeal from order dated September 30, 1939, dismissed, without costs. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.